| | |
|---|---|
| 1 | RICARDO OCHOA, CSB#206462 |
| 2 | rochoa@union-attorneys.org |
|   | RICARDO MARTINEZ, CSB#332690 |
| 3 | rmartinez@union-attorneys.org |
|   | OCHOA | LAW |
| 4 | 3737 Camino Del Rio South, Suite 407 |
|   | San Diego, CA 92108 |
| 5 | Telephone: (619) 285-1662 |
| 6 | Attorneys for PLAINTIFFS |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES O'BRIEN, an individual, RICKY JORDAN, an individual, TIM MATTHES, an individual, JEREMY BURTON, an individual, GREGORY DRUMMONDS, an individual, JOSHUA WALTER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SIEGE ELECTRIC, INC., a corporation,<br><br>Defendants. | **CASE NO.: 3:23-CV-00897-BAS-DEB**<br><br>**PLAINTIFFS' NOTICE OF MOTION & MOTION TO APPROVE SETTLEMENT AGREEMENT**<br><br>Hearing Date: July 15, 2024<br>Judge: Hon. Cynthia A. Bashant<br>Dept.: 12B<br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**<br><br>Complaint Filed: May 16, 2023<br>Trial Date: None set. |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 15, 2024, before the Honorable Cynthia A. Bashant, District Judge, in Courtroom 12B of the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, California 92101, Plaintiffs JAMES O'BRIEN ("O'BRIEN"), RICKY JORDAN ("JORDAN"), TIMOTHY MATTHES ("MATTHES"), JEREMY BURTON ("BURTON"), GREGORY DRUMMONDS ("DRUMMONDS"), and JOSHUA WALTER ("WALTER") (collectively

"PLAINTIFFS") will, and hereby do, move the Court for entry of an order approving the Settlement Agreement and Mutual Release (the "Agreement") entered into in the above-captioned civil action between PLAINTIFFS and Defendant SIEGE ELECTRIC, INC. ("DEFENDANT") (Plaintiff and Defendant shall collectively be referred to as the "Parties") for all claims sought under the Fair Labor Standards Act, as amended, 29 U.S.C. §§ 201 et seq. ("FLSA"), the California Labor Code, and California Labor Code Private Attorneys General Act of 2004 ("PAGA"). Pursuant to Local Rule 7.1(d)(1), the matter will be taken under submission.

This motion is made following the conference of counsel that took place on May 24, 2024, pursuant to Chamber Rule 4(A), and pursuant to the Order entered by the Honorable Daniel E. Butcher, Magistrate Judge, following the Early Neutral Evaluation Conference held on February 22, 2024 and California Labor Code § 2699(1)(2), which requires trial courts to "review and approve any settlement of any civil action filed pursuant to [PAGA]," and on the grounds that the parties' settlement is fundamentally fair, adequate, and reasonable in light of the FLSA and PAGA's policies and purposes. As set forth in the concurrently filed declaration of Ricardo Martinez, a copy of the Parties' proposed Settlement Agreement and this motion was electronically submitted to the Labor and Workforce Development Agency in accordance with California Labor Code §§ 2699(1)(2) and 2699(1)(4) concurrent with the filing of this motion.

///
///
///
///
///
///
///

This motion is based on this notice, the attached Memorandum of Points and Authorities in support of this motion, the attached Declarations of Ricardo Ochoa and Ricardo Martinez and the accompanying Settlement Agreement attached to the Declaration of Ricardo Martinez as Exhibit 2, concurrently filed herewith, all pleadings, records, and files in this action and upon such other matters as may be properly presented to or received by the Court at or before the hearing on this motion.

Date: May 30, 2024     **OCHOA|LAW**
                      RICARDO OCHOA
                      RICARDO MARTINEZ


                      s/ Ricardo Martinez
                      RICARDO MARTINEZ
                      Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on May 30, 2024 and is available for viewing and downloading to the ECF registered counsel of record.

**SERVED UPON**:

*Attorneys for Defendants*:

Mark S. Posard (CSB#208790)
mposard@grsm.com
Matthew S. Vesterdahl (CSB #279769)
mvesterdahl@grsm.com
**Gordon, Rees, Scully, Masukhani**
101 W Broadway, unit 2000
San Diego, CA 92101
Telephone: (415) 875-3343

☑ **BY CM/ECF NOTICE OF ELECTRONIC FILING.** I caused the documents to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

Dated: May 30, 2024            **OCHOA|LAW**
                               RICARDO OCHOA
                               RICARDO MARTINEZ

                               s/ Ricardo Martinez
                               RICARDO MARTINEZ