

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See Attachment | Civil Action No. 23-cv-0897-BAS-DEB |
| Plaintiff, | |
| V. | |
| Siege Electric, Inc., a corporation | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

In light of the foregoing, the Court grants Plaintiffs' Motion for Approval of the Settlement Agreement. The Court dismisses with prejudice this action. This case is hereby closed.

Date: 9/26/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M.Williams

M.Williams, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>23-cv-0897-BAS-DEB</u>

Plaintiff's: James O'Brien, an individual;  Ricky Jordan, an individual; Tim Matthes, an individual; Jeremy Burton, an individual ;  Gregory Drummonds,an individual; Joshua Walter, an individual.